# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

EDWARD BYRD

CRIMINAL COMPLAINT

CASE NUMBER: 05-4031-BSS

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. During the period of in or about December, 2004 through February 12, 2005, in Broward County, in the Southern District of Florida, and elsewhere, the defendant did use a facility or means of interstate commerce, that is, a computer via the Internet, to knowingly attempt to persuade or induce or entice or coerce a person under eighteen years of age, or a person who the defendant believed to be under eighteen years of age, to engage in sexual activity; in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____
JAMES LEWIS, FBI
FEBRUARY 14, 2005

Sworn to before me, and subscribed in my presence,

FEBRUARY 14, 2005                                at    Fort Lauderdale, Florida
Date                                                    City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer                     Signature of Judicial Officer

## AFFIDAVIT

I, James Lewis, being duly sworn, depose and state:

1. I am a Special Agent of the Federal Bureau of Investigation and have been so employed for the past eight years. Prior to the FBI, I was employed as a police office with the Fairfax County Police Department for six years. I am currently assigned to the Miami Division Cyber Squad and as such my primary responsibility is to investigate crimes involving child pornography and child exploitation, pursuant to Title 18, United States Code, chapter 109A, 110 or 117. The following information is based upon my personal knowledge and that of other law enforcement officers. Because this Affidavit is being prepared for the limited purpose of showing probable cause that EDWARD BYRD committed a crime, in violation of 18 U.S.C. §2422(b), it does not include all the details of this investigation.

2. In connection with my official duties, your Affiant is currently participating in an online child enticement investigation in conjunction with the Broward County Sheriff's Office ("BSO"). During this investigation, BSO Detective Joseph Vella, a member of the Law Enforcement Against Child Harm (LEACH) Task Force, acted as an undercover capacity (UC) as a 14 year old female, using screen name "emily089." In that undercover capacity, Detective Vella would go online via the Internet and monitor Yahoo "chat rooms" in an effort to identify and arrest child predators.

3. On December 16, 2004, at approximately 5:00PM, Detective Vella, in the undercover capacity described above and while monitoring various "chat rooms" in the Yahoo network, received an Instant Message ("IM") from an individual using the screen name "Orlandodady." Orlandodady initiated a sexually explicit communication with the undercover during which the undercover was asked the undercover if the undercover liked older men and inquired whether the undercover had ever had sex. Orlandodady also asked the undercover whether the undercover, "you want to do it? R u ready?" Orlandodady also talked about "doing it with a virgin."

4. The following day, on December 17, 2004, at approximately 4:00 PM, Detective Vella, again while online using the screen name emily089, received an IM from Orlandodady. During this communication which stated, "I think you're the first girl I've met on line that actually lives close"..at least close enough to drive to". Orlandodady requested a picture of the undercover. Detective Vella, at Orlandodady's request, sent an undercover picture of a female BSO police officer. The picture depicted the officer at approximately 11 years of age. Upon receipt of the image, Orlandodady responded, "How cute why ur gorgeous and sexy too". During this communication, Orlandodady provided another email address OLDERDOM058@yahoo.com, and requested the undercover to forward additional pictures.

5. During the communication on December 17, 2005, Orlandodady provided the undercover with a picture of himself, which depicted a male individual sitting at a desk in a white dress shirt with long sleeves and a dark tie. He asked about chat rooms and stated "he liked ..

daddy/ daughter and older men for younger women kinda rooms". Detective Vella stated, "im 14 is that ok" and he stated "yes". He stated he was 58 years old. This chat continued in a sexual tone. He stated, "well the first time is very different…you have to be very slow…very patient…lots of kissing…touching…foreplay". "I would kiss you…and then tell you..and then start..and judge your responses by how you react".

6. During the period of December 17, 2004 through December 29, 2004, Orlandodady and the undercover engaged in excess of ten IM communications, wherein Orlandodady would engage in discussion of a sexual nature and suggested meeting the undercover.

7. On January 17, 2005, Detective Vella while online in an undercover capacity received an IM at approximately 1200 PM from Orlandodady, who wrote, "what if I told u I was in plantation right now...what would go through ur mind"... so does the sneaking around and keeping it secret kinda turn you on". He also advised, "You have to share your deepest fantasies with me… what kind of computer do u have…you told me that and you keep it clean". Orlandodady inquired of the undercover whether Orlandodady was on the undercover's buddy list: "am I on ur friends list…u need to take me off..and just memorize my screen name..its too dangerous.. your password, how many characters in it"..u should hav 7 a number in the middle". He also wrote, "a password cracker can find it..just trying to make it safer for us… because it's possible that one day we WILL meet each other". Orlandodady then wrote, "its just you're underage baby"… meeting is ok, kissing is ok hugging is ok but we'd do more and that could mean trouble if we were ever discovered…..we'd have to hide and make sure no one ever knew. Yes just have fun alone..cause I could be ur daddy but a lot more than that". He continued, "so it's easy to imagine how hot it would be to call me daddy while I was doing it to you.. I always fantasized about have a play daughter…. in most states it's 16..but in Florida it's 18...but when ur doing it just let your mind free…hot thoughts make the sex better".  This chat continued in this sexually explicit vain.

8. During the period of January 19, 2005 through January 29, 2005, Orlandodady and the undercover engaged in five IM communications, during which Orlandodady requested that the undercover tell Orlandodady what would we do when they met. Adding that he couldn't "open up" to the undercover unless he heard it from the undercover first. Orlandodady suggested that the undercover "chat/talk/discuss" with Orlandodady "in the most graphic of terms".

9. On January 26, 2005, Detective Vella, while online in an undercover capacity, received an IM from Orlandodady. During this chat, Orlandodady stated: "I think about you a lot little girl…when can we talk...phone… it's the next step princess…you're my only little girl but we need to make it official" "When my cums in my baby, did it send a wave through you when I said it?...you get a little wet princess?..do you slip your finger in all the way?...you really are ready aren't you baby, for daddy..it feels so final so complete it's really going all the way". He again talked about making telephonic contact with Emily. "We need to start talking, that is if you're serious about all of this, we need to start taking it beyond the net…the first part is really up to you". He wanted Emily to get a cell phone and stated, "you

know we can never be seen together don't you baby.. It will always be behind closed and locked doors, just the two of us… most of it will be without our clothes on….you gonna give daddy all the pussy he wants?"

10. On January 28, 2005, Detective Vella, while online in an undercover capacity, received an IM from Orlandodady, in which Orlandodady suggested that he and the undercover speak on the phone and stating"I think about us more and more, about you under me calling me daddy being my little sweetness while I'm deep in you..now we have to work on getting this real" .

11. On January 29, 2005, arrangements were made online between the undercover and Orlandodady for a telephone call. At approximately 3:15 PM, a person who identified himself as "Ned" called the detective. Ned inquired as to when he could meet "Emily" and said that "this would have to be a real secret". The conversation was extremely sexual in nature with Ned asking, "Do you want me to fuck you?" and "Do you like the thought of being my little fuck toy?" At the end of the conversation, Ned inquired," Does it turn you on that I'm so much older?" After the telephone conversation on January 29, 2005, an online chat took place between the undercover and Orlandodady. He wrote, "I'm glad we spoke… you drew a breath when I asked you if you wanted to be daddy's fucktoy.. I love to have fun with sex anything goes". He wrote, "Well it is kinda kinky to think we're being bad..I got hard". He chatted about the size of his penis and stated, "not skinny not fat not small you're how tall again…it's perfect for you then. He added that the length of the vaginal channel is in direct portion to the person.  Orlandodady then wrote, "this will be different than a conventional relationship separate and apart if you can do that"… its taboo sex …it's totally unconventional, prohibited, forbidden, naughty in the eyes of the world but behind a locked door we'll be doing it and saying fuck the world while we're fucking each other…and you love that don't you".

12. During this conversation, a meeting was arranged for Saturday February 5th 2005 and Orlandodady suggested to the undercover what to wear to the meeting: "a skirt blouse that bottons in the front, panties no thong…wear what you normally would.. This has been a great day..baby we're gonna love each other in such a special way..so different, so exciting".

13. Additional online undercover discussions between the undercover and Orlandodady took place on January 31, 2005 and February 1, 2005, which were extremely sexually explicit. During their communication, Orlandodady told the undercover that he could not travel to meet her on February 5, 2005, because of unexpected relatives coming in to town but would travel to meet her on the February 12th.

14. During a later online chat between the undercover and Orlandodady, Orlandodady advised the undercover that he would probably stay at the Sheraton Hotel at the Fashion Mall, located in Plantation, Florida. Your Affiant, on February 11, 2005, confirmed that Edward Byrd had made a reservation for a room at the Sheraton Hotel and was scheduled to arrive on February 12, 2005.

15. During the investigation, several subpoenas were served upon Yahoo requesting any all information, including subscriber and Internet protocol history information for orlandodady and olderdom058. As a result, Edward T. Byrd, date of birth: 9-21-46, of Orlando, was identified as the sender of the instant messages to the undercover.

16. On February 12, 2005, at approximately 2:30 pm, Edward Byrd, identified based on the image sent to the undercover, as well as drivers license photograph, was observed by surveillance entering the Sheraton Hotel. The defendant checked in and was assigned Room 630. Shortly thereafter, the undercover received an IM from olderdom058 to come up to the room and provided the room number. The undercover responded that she was on her way.

17. At approximately 3:00 pm, a female undercover officer, posing as "Emily" knocked on the door of Room 630. Edward Byrd responded to the door and opened the door for the undercover. Defendant Byrd was arrested and advised of his Miranda Rights. Defendant Byrd admitted that he was communicating, via Internet, with a girl named Emily.

18. Law enforcement officers executed a search of the room, pursuant to an anticipatory search warrant and discovered, *inter alia*, condoms, Viagra pills, a receipt for the purchase of KY-jelly from Walmart, a tube of KY-jelly, Dell computer laptop, a thumb drive, a PDA, and several floppy disks.

19. Based on the above, I submit that there is probable cause to believe that EDWARD BYRD used a facility or means of interstate commerce, that is, a computer via the Internet, to knowingly attempt to persuade or induce or entice or coerce a person under eighteen years of age, or a person who the defendant believed to be under eighteen years of age, to engage in sexual activity; in violation of Title 18, United States Code, Section 2422(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAMES LEWIS, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me
on this ___ day of February, 2005

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

4